IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–N–1456 (CBS)

STEVE MURRAY,

    Plaintiff,

v.

CARS COLLISION CENTER OF COLORADO, LLC,
an Illinois limited liability company,

    Defendant.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed July 22, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Plaintiff's Motion for Sanctions for Spoliation of Evidence filed April 18, 2005, is GRANTED in part and DENIED in part. The court finds that Defendant Cars Collision Center failed to take appropriate steps to preserve evidence that is knew or should have known was relevant to reasonably foreseeable litigation, and further failed

to comply with applicable records retention regulations. Plaintiff shall receive the benefit of a rebuttal presumption both in connection with the pending motion for summary judgment and at any subsequent trial.

DATED this 21st day of November, 2005.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge