IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Case No. 04-cv-01456-EWN-CBS

STEVE MURRAY,

      Plaintiff,

v.

CARS COLLISION CENTER OF COLORADO, LLC,

      Defendant.

## ORDER EXCLUDING WITNESSES

It is

**ORDERED** as follows:

1. All persons who expect to be called as witnesses in the case of *Steve Murray v. Cars Collision Center of Colorado*, LLC, Civil Action No. 04-cv-01456-EWN-CBS, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in the case.

2. No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

Dated this 17th day of April, 2006.

BY THE COURT:

*[signature]*

EDWARD W. NOTTINGHAM
United States District Judge