IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Case No. 04-cv-01456-EWN-CBS

STEVE MURRAY,

    Plaintiff,

v.

CARS COLLISION CENTER OF COLORADO, LLC,

    Defendant.

---

**STIPULATION AND ORDER** REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED at Denver, Colorado this 20 day of April, 2006.

BY THE COURT:

_____
Edward W. Nottingham, Judge

_____       _____
Counsel for Plaintiff                                       Counsel for Defendant