IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.04-cv-01456-EWN-CBS

STEVE MURRAY,

    Plaintiff,

v.

CARS COLLISION CENTER OF COLORADO, LLC, an Illinois limited liability company,

    Defendant.

_____

**ORDER APPROVING STIPULATION AND JOINT MOTION TO APPROVE STIPULATION REGARDING DEFENDANT'S MOTION TO EXTEND STAY OF EXECUTION UNDER RULE 62**
_____

    THE COURT, being duly advised in the premises, hereby orders, adjudges and decrees the following:

    1.    The Stipulation and Joint Motion to Approve Stipulation Regarding Defendant's Motion to Extend Stay of Execution Under Rule 62 is approved.

    2.    Plaintiff is stayed from executing on its judgment through June 12, 2006.

    3.    Provided that a bond meeting all legal requirements is posted with this Court in the amount of $1,900,000 naming Plaintiff as the beneficiary by June 12, 2006, the Plaintiff is stayed from executing on its judgment during the time period of such bond.

4.      Both parties may petition the Court at a later time for a reduction or increase in the bond amount, should the judgment amount be reduced or increased, or should other circumstances warrant an increase or reduction in the bond amount.

DONE and signed this 15th day of May, 2006.

> s/ Edward W. Nottingham
> United States District Court Judge