IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                       Date: March 9, 2007
Therese Lindblom, Court Reporter

Civil Action No.  04-cv-01456-EWN-CBS

*Parties:*                                       *Counsel:*

STEVE MURRAY,                                    Theresa Corrada

    Plaintiff,

v.

CARS COLLISION CENTER OF                         John Husband and William Boyce
COLORADO, LLC,
an Illinois limited liability company,

    Defendant.

---

### COURTROOM MINUTES

**Status Conference**

**9:30 a.m.**     Court in session.

Appearances of counsel.

Discussion regarding filing by Mr. Bruno.

**ORDERED:  1.     Plaintiff's Motion In Limine to Exclude Evidence of Plaintiff's 1990 Felony Conviction (#158, filed March 7, 2007) is DENIED without prejudice to renewal.**

*Courtroom Minutes*
*04-cv-01456-EWN-CBS*
*Judge Edward W. Nottingham*
*Page 2 of 2*

**ORDERED: 2.     Plaintiff's Motion In Limine to Exclude Evidence of Plaintiff's Misdemeanor Convictions (#159, filed March 7, 2007) is DENIED without prejudice to renewal.**

**ORDERED: 3.     Plaintiff's Motion In Limine to Exclude Evidence of Plaintiff's Alleged Bad Acts (#160, filed March 7, 2007) is DENIED without prejudice to renewal.**

**ORDERED: 4.     Plaintiff's Motion In Limine to Exclude Evidence of Plaintiff's 2002 Deferred Judgment (#161, filed March 7, 2007) is DENIED without prejudice to renewal.**

Discussion regarding Defendant's motion for reconsideration (#166) and motion to reopen discovery (#167).

**ORDERED: 5.     Defendant's Motion to Reopen Discovery for a Limited Purpose (#167, filed March 8, 2007) is GRANTED.**

Counsel are directed to Magistrate Judge Shaffer's chambers to schedule a settlement conference.

Discussion regarding estimated length of trial.

Court will set four-day trial on a trailing docket as soon as the court's calendar opens up.

**9:38 a.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:08