**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 04-cv-01456-EWN-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: June 1, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| STEVE MURRAY, | Theresa L. Corrada, via telephone |
| | Lara E. Marks, via telephone |
| **Plaintiff,** | |
| v. | |
| CARS COLLISION CENTER OF COLORADO, LLC, | John M. Husband, via telephone |
| an Illinois limited liability company, | Steve M. Gutierrez, via telephone |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      9:00 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** The Motion for Protective Order [filed May 25, 2007; doc. 181] is denied for the reasons stated on the record.  Plaintiff shall appear physically for his deposition, but the scheduling of the deposition shall be held in abeyance.

**ORDERED:** The Renewed Motion for Plaintiff to Appear at Settlement Conference Via Telephone [filed May 30, 2007; doc. 188] is denied for the reasons stated on the record.  Defendant's counsel and representative shall call Magistrate Judge Shaffer at 1:30 p.m. on June 4, 2007 and plaintiff and his counsel shall call at 2:30 p.m. to discuss settlement.

HEARING CONCLUDED.

**Court in Recess:      9:38 a.m.**
Total In-Court Time:     00:38