IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–01456–EWN–CBS

STEVE MURRAY,

    Plaintiff,

v.

CARS COLLISION CENTER OF COLORADO, LLC,
an Illinois limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, coming before the court on the parties' Stipulated Motion to Dismiss and the court being duly advised in the premises, hereby grants the motion. The above-captioned action is dismissed with prejudice. Each party will bear its/his own attorney's fees and costs.

Dated this 10th day of July, 2007

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      Chief United States District Judge